IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BAUGHMAN, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01496-DB<br><br>ORDER |

Good cause appearing, the special appearance request to extend the time for Defendant Soltanian-Zadeh to file his waiver of service of summons is granted. Defendant Soltanian-Zadeh shall have until November 26, 2021, to file the waiver.

IT IS SO ORDERED:

Dated: October 12, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/holm1496.waiver eot