1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     TRAVELL C. HOLMES,                      No.  2:20-cv-1496 DB P

12                  Plaintiff,

13          v.                                 <u>ORDER</u>

14     DAVID BAUGHMAN, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18     In an order filed August 2, 2021, this court found plaintiff stated claims against defendants

19     Baughman, O'Brian, Felder, Riley, and Soltanian-Zadeh and ordered service of the first amended

20     complaint ("FAC") on all defendants.  On September 10, 2021, the California Department of

21     Corrections and Rehabilitation ("CDCR") notified the court that defendants Baughman, O'Brian,

22     Felder, and Soltanian-Zadeh intended to waive service of the FAC.  However, CDCR explained

23     that defendant Riley was no longer employed by CDCR so CDCR did not select waiver of service

24     for Riley.  On October 11, defendants Baughman, O'Brian, and Felder's waiver of service was

25     filed by Deputy Attorney General Tracy Henderson.[1]  After an extension of time, Baughman,

26     O'Brian, and Felder's response to the FAC is due December 19, 2021.

27     _____

28     [1] Deputy Attorney General Shiran Zohar now represents these three defendants.  (<u>See</u> ECF No.
       29.)

                                              1

1    On November 24, the United States Marshal served defendant Riley.  (See ECF No. 32.)

2  No counsel has appeared for defendant Riley.  Defendant Riley will be ordered to file a response

3  to the FAC.

4    On October 11, DAG Henderson specially appeared to request that defendant Soltanian-

5  Zadeh be provided an extension of time to file a waiver of service.  Henderson explained that the

6  Office of the Attorney General was seeking outside counsel for Soltanian-Zadeh.  This court

7  granted that request.  (ECF No. 28.)  Soltanian-Zadeh's waiver was due on November 26, 2021.

8    The date for defendant Soltanian-Zadeh to file a waiver of service has passed.  No counsel

9  has appeared for this defendant.

10    For these reasons, IT IS HEREBY ORDERED as follows:

11    1.  Within thirty days of the filed date of this order, defendant Riley shall file an answer or

12  other responsive pleading to the FAC.

13    2.  Within ten days of the filed date of this order, DAG Shiran Zohar shall inform the

14  court about the status of defendant Soltanian-Zadeh's representation.

15  Dated:  December 3, 2021

16

17

18  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23  DLB:9
    DB Prisoner Inbox/Civil Rights/R/Holm1496.answ and waiver

24

25

26

27

28