UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BAUGHMAN, et al.,<br><br>    Defendants. | No. 2:20-cv-1496 KJM DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. In a document filed here on April 14, 2022, plaintiff moves for a protective order. Within twenty days of the date of this order, defendants shall file a response to plaintiff's motion. Within twenty days of the date of service of defendants' response, plaintiff may file a reply.

    IT IS SO ORDERED.

DATED: April 25, 2022

                                          /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/holm1496.p order brfing

1