UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID BAUGHMAN, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1496 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants were deliberately indifferent to his medical needs when they required him to use stairs despite having a "no stairs" chrono and he fell injuring his knee. In a document filed June 10, 2022, plaintiff informed the court that he has gone on a hunger strike and is refusing to take his medications, apparently since June 3, 2022. This court is concerned about plaintiff's health and requests that the Deputy Attorney General investigate plaintiff's condition and inform the court about it.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within three days of the date of this order, the Deputy Attorney General assigned to this case, or their representative, shall contact the litigation coordinator or other knowledgeable prison authority at California State Prison, Los Angeles County, to inquire as to the status of plaintiff's health.

2. Within five days of the date of this order, the Deputy Attorney General shall file a document informing the court of the results of that inquiry.

DATED: June 14, 2022

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/holm1496.health inquiry