# UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELL C. HOLMES, | No. 2:20-cv-01496 DAD-DB P |
| Plaintiff, | |
| vs. | ORDER |
| BAUGHMAN, WARDEN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. §1983. Defendant Jalal Soltanian has requested the court vacate the dispositive motion deadline until pending discovery motions are resolved.

Good cause appearing, defendant's motion (ECF No. 83) is granted. The December 16, 2022 dispositive motion deadline is vacated.

Dated: December 9, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/holm1496.disp mtn vac