UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID BAUGHMAN, et al.,<br><br>   Defendants. | No. 2:20-cv-1496 DAD DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff alleges defendants were deliberately indifferent to his medical needs when they required him to use stairs despite having a "no stairs chrono" and he fell injuring his knee. In a December 2022 order, this court lifted the dispositive motion deadline set out in the Discovery and Scheduling Order pending resolution of defendant Soltanian's motions for sanctions. (ECF No. 85.) On January 23, 2024, Judge Drozd granted defendant Soltanian's motion for the imposition of terminating sanctions and dismissed Soltanian from this action with prejudice. (ECF No. 94.)

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that any dispositive motions, as described in the court's Discovery and Scheduling Order, shall be filed within sixty days of the filed date of this order.

Dated:  February 7, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/holm1496.msj ddl