UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL C. HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BAUGHMAN, et al.,<br><br>    Defendants. | No.  2:20-cv-1496 DAD DB P<br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On June 4, 2024, defendants filed a motion for summary judgment.  (ECF No. 99.) Pursuant to the court's Discovery and Scheduling Order, motions for summary judgment shall be briefed pursuant to Local Rule 230(l).  (See ECF No. 64 at 6.)  Local Rule 230(l) requires a party opposing a motion for summary judgment to file a brief within twenty-one days after service of the motion for summary judgment.

    Twenty-one days have passed and plaintiff has not filed an opposition to the motion for summary judgment or any other documents since June 4.  The Discovery and Scheduling Order warned the parties that failure to comply with the order or with the local rules may result in dismissal of this action.  (ECF No. 64 at 8.)  As noted by this court previously, plaintiff has failed to respond to court orders and comply with the local rules in the past.  (See ECF No. 93.)  Some of these delays and failures resulted in the imposition of sanctions.  (See id.)  This court finds

plaintiff's failure to respond to the motion for summary judgment, in violation of the court's order and the rules, sufficient to recommend dismissal of this action. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to comply with the court's Discovery and Scheduling Order and with the local rules.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 18, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/holm1496.fta fr

2